HEATHER E. WILLIAMS, CA SBN 122664
Federal Defender
HOPE ALLEY, CA SBN 314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RAYMOND VANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-00161-LJO-SKO |
| Plaintiff, | **STIPULATION AND ORDER FOR TEMPORARY RELEASE** |
| vs. | |
| RAYMOND VANCE, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, Assistant United States Attorney Ross Pearson, counsel for plaintiff, and Assistant Federal Defender Hope Alley, counsel for defendant Raymond Vance, that Mr. Vance, may be temporarily released from custody for the purpose of undergoing a psychiatric assessment with Dr. Claudia Cerda.

The Federal Defender Office has arranged for a psychiatric evaluation of Mr. Vance by Dr. Cerda. Unfortunately, Dr. Cerda has a limited window of availability in the upcoming weeks, and Fresno County Jail is unable to approve Dr. Cerda's entry into their facility at this time, due to a policy of requiring a minimum of one week's prior notice. Nonetheless, Dr. Cerda is available this Thursday and is willing to meet with Mr. Vance at the Office of the Federal Defender.

Federal Defender Staff are available to transport Mr. Vance from Fresno County Jail to the Federal Defender Office, which is located two blocks from the jail at 2300 Tulare Street, Fresno, CA 93721. The evaluation will be conducted at the Federal Defenders Office in the main conference room, and is expected to last between four and five hours.  Mr. Vance will remain in the custody of Federal Defender Staff until returned to Fresno County Jail at the conclusion of the evaluation.

Therefore, the parties respectfully request an order from this Court for his temporary release in order to be evaluated by Dr. Cerda.  The parties ask for Mr. Vance to be released from Fresno County Jail at 11:30 a.m. on December 20, 2018, and to return to custody immediately upon completion of the evaluation, and no later than 5:00 p.m.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED:  December 17, 2018                     */s/ Ross Pearson*
Ross Pearson
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATEF: December 17, 2018                      */s/ Hope Alley*
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
RAYMOND VANCE

**ORDER**

IT IS HEREBY ORDERED that Mr. Vance is released to the custody of Federal Defender Staff for the purpose of undergoing a psychiatric evaluation by Dr. Cerda at the Office of the Federal Defender. Mr. Vance shall be released from Fresno County Jail on December 20, 2018, at 12:00 p.m., and shall return to the Fresno County Jail at the completion of the evaluation, and no later than 5:00 p.m. on that same day.

While on release, Mr. Vance is ordered to remain in the care, custody and control of Federal Defender Staff. He is further ordered to abide by all laws during the period of his temporary release.

IT IS SO ORDERED.

Dated: __**December 17, 2018**__          /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE

Raymond Vance- Stipulation for Temporary Release and Order