| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MEGAN T. HOPKINS, Bar #294141 |
| | VICTOR M. CHAVEZ, Bar #113752 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 6 | |
| 7 | Attorneys for Defendant |
| | RAYMOND MATTHEW VANCE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-cr-0161-LJO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER THEREON** |
| vs. | |
| RAYMOND MATTHEW VANCE, | Date: June 3, 2019 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing set for Monday, April 8, 2019 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, be continued to Monday, June 3, 2019 at 9:30 a.m.

The parties wish to continue sentencing in this matter at the request of defense counsel, to allow additional time for the preparation of sentencing materials on Mr. Vance's behalf. Defense counsel has recently changed and new counsel needs a short continuance in order to get up to speed on the case, and prepare informal objections to the PSR. Defense counsel is also preparing a sentencing video to submit in advance of the sentencing hearing which will require some additional time to complete. A continuance to June 3, 2019 will therefore allow for informal objections to the PSR to be lodged and for mitigation evidence collected to be organized and

presented to the Court in advance of sentencing. The government has requested this matter be specially set for 9:30 a.m. in order to accommodate government counsel's travel from Sacramento, CA on the morning of the hearing.

The parties further stipulate that the presentence schedule shall be amended pursuant to the local rule, in light of the new sentencing date.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

DATED: March 8, 2019  */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
RAYMOND MATTHEW VANCE

MCGREGOR SCOTT
United States Attorney

DATED: March 8, 2019  */s/ Ross Pearson*
ROSS PEARSON
Assistant U.S. Attorney
Attorney for Plaintiff

# O R D E R

GOOD CAUSE APPEARING, the sentencing hearing set for Monday, April 8, 2019 at 8:30 a.m., before the Honorable Lawrence J. O'Neill, is continued to Monday, June 3, 2019 at 9:30 a.m. The presentence schedule shall be amended pursuant to the local rule.

IT IS SO ORDERED.

Dated:  **March 8, 2019**           */s/ Lawrence J. O'Neill*
UNITED STATES CHIEF DISTRICT JUDGE