HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
MEGAN T. HOPKINS, CA Bar #294141
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RAYMOND MATTHEW VANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND MATTHEW VANCE,<br><br>Defendant. | Case No.  1:18-cr-00161-LJO<br><br>ORDER FOR RELEASE OF RAYMOND MATTHEW VANCE<br><br>Judge: Hon. Lawrence J. O'Neill |

On June 3, 2019 Raymond Matthew Vance appeared before this Court for sentencing in the above-captioned matter.  The Honorable Lawrence J. O'Neill sentenced Mr. Vance to a term of probation for 60 months with standard and special conditions, incorporated by reference.  Mr. Vance's release from custody was delayed until such time as housing could be secured through the collaborative efforts of the United States Probation Office and the Federal Defender's Office.

The Federal Defender's office has arranged for housing for Mr. Vance at Christian Sober Living Home, and has confirmed with the United States Probation Office that funding is available to assist Mr. Vance in securing such housing for the following month, and an additional month thereafter if his financial need is ongoing.  Mr. Vance can begin living at Christian Sober Living Home tomorrow, June 14, 2019.  The Federal Defenders Office will further assist Mr. Vance in applying for food stamps and other public benefits as needed.  The United State Probation Office is also working to arrange mental health treatment for Mr. Vance, which will be

initiated upon his release from custody.

It is therefore respectfully requested that Mr. Vance be released from custody tomorrow morning at 8:00 a.m. Mr. Vance will report to the Fresno United States Probation Office that same day, and will be assisted by the Federal Defender's Office in applying for public benefits and moving into his new residence at Christian Sober Living Home. Mr. Vance will appear on July 29, 2019 at 8:30 a.m. before the Court for a status update on his transition from custody onto Probation.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: June 13, 2019        /s/ *Megan T. Hopkins*
                            MEGAN T. HOPKINS
                            Assistant Federal Defender
                            Attorney for Defendant
                            RAYMOND MATTHEW VANCE

## ORDER

Defendant RAYMOND MATTHEW VANCE is to be **released from Fresno County Jail at 8:00 a.m. on Friday, June 14, 2019**. Mr. Vance is ordered to report to probation as directed by his probation officer, following his release. Mr. Vance is further ordered to appear for the status conference on July 29, 2019 at 8:30 a.m. unless otherwise directed by his probation officer or advised by his counsel.

IT IS SO ORDERED.

Dated: **June 13, 2019**          /s/ Lawrence J. O'Neill
                                  UNITED STATES CHIEF DISTRICT JUDGE