HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561

Attorneys for Defendant
RAYMOND VANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND VANCE,<br><br>Defendant. | Case No. 1:21-cr-00082 DAD-BAM<br>         1:18-cr-00161-NONE-SKO<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br><br>DATE:   March 7, 2022<br>TIME:   10:00 a.m.<br>JUDGE: Hon. Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel of record that the sentencing hearing scheduled for March 7, 2022 at 10:00 a.m., be continued to March 28, 2022, at 10:00 a.m., before the Honorable Dale A. Drozd.

//

1       The defense requires additional time to conduct investigation relating to sentencing. The parties agree that a sentencing date of March 28, 2022, will allow sufficient time to complete the necessary investigation. Accordingly, a continuance to March 28, 2022 is requested by the parties.

      IT IS SO STIPULATED.

Dated:  February 23, 2022

                             */s/ Jaya Gupta*
                             JAYA C. GUPTA
                             Assistant Federal Defender
                             Counsel for Defendant Raymond Vance

Dated:  February 23, 2022

                             */s/ Katherine Schuh*
                             Katherine Schuh
                             Assistant United States Attorney
                             Counsel for Plaintiff
                             United States of America


HEATHER E. WILLIAMS (SBN 122664)
Federal Defender
JAYA C. GUPTA (SBN 312138)
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
RAYMOND VANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, v. RAYMOND VANCE, Defendant. | Case No. 1:21-cr-00082 DAD-BAM<br>1:18-cr-00161-NONE-SKO<br><br>ORDER |
|---|---|

**ORDER**

Upon the Parties' stipulation and for good cause shown, the sentencing scheduled for March 7, 2022 at 10:00 a.m. is continued to March 28, 2022, at 10:00 a.m., before the Honorable Dale A Drozd.

IT IS SO ORDERED.

Dated: **February 23, 2022**            /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE